# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARADAY&FUTURE INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADIENT PLC, individually and as successor-in-interest to FUTURIS AUTOMOTIVE (US) INC., d/b/a FUTURIS GROUP; and ADIENT US LLC, <br><br> Defendant. | Case No. 2:18-cv-8807-DSF (MRWx) <br><br> **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** <br><br> *[Stipulation of Dismissal Filed Concurrently Herewith]* |

## ORDER

Upon stipulation of the parties, all claims and counterclaims in this action are hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

DATED: October 30, 2019

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE